**Opinion issued March 27, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00999-CR

———————————

**JASON G. DOMINY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1861436**

---

## MEMORANDUM OPINION

Appellant, James G. Dominy, has filed a motion to dismiss the appeal. The motion is signed by the appellant and his attorney, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has

issued, and more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).